IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IRENE BERTRAND, *on behalf of herself and others similarly situated*, | § § § | |
| Plaintiff | § § | |
| | § | CIVIL ACTION NO.  5:13-cv-00013-XR |
| vs. | § § | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § § | |
| | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement of this matter on an individual basis, with all claims pending having been resolved to the parties' satisfaction.

The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time the parties request the Court to retain jurisdiction over this matter until fully resolved.  Upon finalization of the settlement, the parties will file a stipulation of dismissal with the Court.

              Respectfully submitted,

              By:  /s/Joseph Panvini
              Joseph Panvini
              jpanvini@attorneysforconsumers.com
              WEISBERG & MEYERS, LLC
              5025 N. Central Ave., #602
              Phoenix, AZ 85012
              Telephone:    (888) 595-9111
              Facsimile:     (866) 565-1327

Attorney for Plaintiff

By: /s/Jonathan Blavin
Jonathan Blavin
Jonathan.Blavin@mto.com
Munger, Tolles & Olson LLP
560 Mission Street
San Francisco, CA 94105
Telephone: (415) 512-4011
Facsimile: (415) 512-4077
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on April 12, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, San Antonio Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on April 12, 2013 to:

Jonathan H. Blavin
Munger, Tolles & Olson LLP
560 Mission Street
San Francisco CA 94105

/s/Joseph Panvini
Joseph Panvini